THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case/Violation No. 04-mj-07166-MJW-1

UNITED STATES OF AMERICA,

vs.

CONNIE R. ALSTON,

    Defendant,

## ORDER

THIS MATTER comes before the Court on the motion of the United States of America to dismiss, with prejudice, the charge pertaining to the above stated DEFENDANT.

The Court being fully advised in the premise orders:

Motion to dismiss with prejudice the referenced charge filed on June 30, 2015, is granted.

DATED and ENTERED this 4th day of July, 2015.

BY THE COURT:

_____
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO